**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TYLER D. ROYSTER,**

    **Plaintiff,**

v.                                                              Case No: 8:23-cv-1240-MSS-TGW

**TRAVIS SIBLEY, Deputy, Pinellas County Sheriff's Office; MITCHELL GRISSINGER, Lieutenant, Pinellas County Sheriff's Office; ROBERT GUALTIERI, Sheriff, Pinellas County Sheriff's Office,**

    **Defendants.**

**ORDER**

**THIS CAUSE** comes before the Court *sua sponte*. On August 18, 2023, the Court instructed Plaintiff to file an amended complaint that addresses the deficiencies noted in Judge Wilson's Report and Recommendation. (Dkt. 6) The Court granted Plaintiff twenty-one (21) days to do so. The time for Plaintiff to file an amended complaint has expired. Because a failure to file an amended complaint within the time allotted as directed becomes a final judgment, see Auto. Alignment & Body Serv., Inc. v. State Farm Mut. Auto. Ins. Co., 953 F.3d 707, 719-20 (11th Cir. 2020), this case is due to be DISMISSED WITH PREJUDICE.

Accordingly, it is hereby **ORDERED** that:

1. This case is **DISMISSED WITH PREJUDICE**.

2. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of March 2024.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**[1]

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

---

[1] Signed by Judge Tom Barber to expedite resolution of this action. This case remains assigned to Judge Mary S. Scriven.